UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRI SICKELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.  4:21-CV-00963-JAR |
| DENIS McDONOUGH, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

COME NOW Plaintiff Sherri Sickels and Defendant Denis McDonough, Secretary, Department of Veterans Affairs, by and through their respective attorneys, hereby notify the Court that they reached a settlement agreement in this matter.  The parties request that the Court provide them with forty-five (45) days to obtain the settlement check and file a stipulation for dismissal with prejudice.

Respectfully submitted,

/s/ Ryan  J.  Mahoney
Ryan J. Mahoney, #61489
MAHONEY LAW FIRM, LLC
1 Ginger Creek Parkway
Glen Carbon, IL  62034
Telephone: 618-961-8288
Facsimile:   618-961-8289
ryan@themahoneylawfirm.com

*Attorneys for Plaintiff*

SAYLER A. FLEMING
United States Attorney

/s/ Karin A. Schute
KARIN A. SCHUTE #62019MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-6850
Fax: (314) 539-2287
karin.schute@usdoj.gov

*Attorneys for Defendant*